Filed by \_\_\_\_\_ D.C.

Sep 10, 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80160-CR-ROSENBERG/BRANNON

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(e)
18 U.S.C. § 922(d)

UNITED STATES OF AMERICA

v.

PATRICK D. TURNER,

    Defendant.
_____/

# INDICTMENT

The Grand Jury charges that:

On or about July 25, 2015, in Palm Beach County, in the Southern District of Florida, the defendant,

**PATRICK D. TURNER,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, in and affecting interstate and foreign commerce, to wit: one (1) Yugoslavia, Model M57, 7.62x25 millimeter semi-automatic pistol loaded with approximately eight (8) rounds of 7.62x25 millimeter ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

# FORFEITURE

Upon conviction of the violation alleged in Count 1 of this Indictment, the defendant PATRICK D. TURNER shall forfeit to the United States any firearm and ammunition involved in or used in said violation.

Pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 924(d), and the procedures outlined at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO. _____

Defendant's Name:   Patrick D. Turner,

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Unlawful Firearm possession by a convicted felon | 18:922(g)(1) and 18:924(e) | Life<br>15 year man/min<br>$250,000 fine<br>SR:  3 years<br>$100 Special Assessment |
|  | Forfeiture |  |  |

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| PATRICK D. TURNER, Defendant. / | Superseding Case Information: |

| | | Yes | No |
|---|---|---|---|
| New Defendant(s) | | ___ | ___ |
| Number of New Defendants | | ___ | ___ |
| Total number of counts | | ___ | ___ |
| FTP | | | |

**Court Division:** (Select One)

___ Miami    ___ Key West
_X_ FTL      ___ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __NO__
   List language and/or dialect _____

4. This case will take __3-5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

   I    0 to 5 days      _X_                     Petty      ___
   II   6 to 10 days     ___                     Minor      ___
   III  11 to 20 days    ___                     Misdem.    ___
   IV   21 to 60 days    ___                     Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __Yes__
   If yes:
   Magistrate Case No.              15-mj-8475-JMH
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   08/21/2015
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____
   Is this a potential death penalty case? (Yes or No)  __NO__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

ADAM McMICHAEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0772321

*Penalty Sheet(s) attached

REV 4/8/08